**MUTUAL LUMBER COMPANY, a Corporation, Appellant, v. Burns POE, as Collector of Internal Revenue of the United States for the District of Washington, Appellee.**

**No. 6143.**

Circuit Court of Appeals, Ninth Circuit.

June 11, 1931.

Charles E. McCulloch, Ivan F. Phipps, and Carey Hart, Spencer & McCulloch, all of Portland, Or., for appellant.

Anthony Savage, U. S. Atty., of Seattle, Wash., and John T. McCutcheon, Asst. U. S. Atty., of Tacoma, Wash. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, Washington, D. C., and John R. Wheeler, Sp. Atty., Bureau of Internal Revenue, of Seattle, Wash., of counsel), for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered mandate of this court, heretofore issued, recalled; further ordered judgment [44 F.(2d) 922] of this court heretofore entered vacated and set aside; further ordered judgment of reversal [30 F.(2d) 130] in pursuance of stipulation of counsel filed and entered accordingly, and mandate of this court issued forthwith.